**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-6584**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JAMES A. BUTLER,

Defendant - Appellant.

---

**No. 01-6585**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JAMES A. BUTLER,

Defendant - Appellant.

---

**No. 01-6595**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JAMES A. BUTLER,

Defendant - Appellant.

---

**No. 01-6625**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JAMES A. BUTLER,

Defendant - Appellant.

---

**No. 01-6780**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JAMES A. BUTLER,

Defendant - Appellant.

2

**No. 01-7065**

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

JAMES A. BUTLER,

                              Defendant - Appellant.

Appeals from the United States District Court for the Eastern District of Virginia, at Richmond.  Richard L. Williams, Senior District Judge.  (CR-91-44)

Submitted:  November 28, 2001          Decided:  May 14, 2002

Before WIDENER and WILLIAMS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

James A. Butler, Appellant Pro Se.  Gurney Wingate Grant, II, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

James A. Butler seeks to appeal the district court's orders denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001), his motion for reconsideration, and various preliminary motions. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we grant permission to proceed in forma pauperis, deny a certificate of appealability, and dismiss the appeal on the reasoning of the district court. See United States v. Butler, No. CR-91-44 (E.D. Va. Mar. 9 & 29, 2001 & Apr. 27, 2001). We also deny Butler's motion to supplement the record on appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED